

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Keller | Civil Action No.   22-cv-00707-WVG |
| **Plaintiff,** | |
| V. | |
| Kilolo Kijakazi,<br>Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS IN PART and DENIES IN PART the Parties' Joint Motion for Judicial Review. Specifically, the Court DENIES Plaintiff's Motion for Summary Judgment and GRANTS Defendant's Motion for Summary Judgment. Judgment is entered in favor of Defendant. Case is closed.

| | |
|---|---|
| Date:   9/20/23 | CLERK OF COURT<br>JOHN MORRILL, Clerk of Court<br>By:  s/  L. Sotelo |
| | L. Sotelo, Deputy |